*Seth Burrill Prods., Inc., Respondent, v. Rebel Creek Tackle, Inc., Petitioner*, No. 92085-1. Petition for review of a decision of the Court of Appeals, No. 32119-3-III, July 7, 2015, 188 Wn. App. 1044. *Denied* January 6, 2016.

*Palm, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92086-9. Petition for review of a decision of the Court of Appeals, No. 71816-9-I, July 13, 2015, 188 Wn. App. 1048. *Denied* January 6, 2016.

*Rahman, Petitioner, v. Emp't Sec. Dep't, Respondent*, No. 92087-7. Petition for review of a decision of the Court of Appeals, No. 72396-1-I, July 27, 2015, 189 Wn. App. 1010. *Denied* January 6, 2016.

*State, Respondent, v. Scott, Petitioner*, No. 92088-5. Petition for review of a decision of the Court of Appeals, No. 45944-2-II, June 30, 2015, 188 Wn. App. 1036. *Denied* January 6, 2016.

*State, Respondent, v. Gyau, Petitioner*, No. 92094-0. Petition for review of a decision of the Court of Appeals, No. 72011-2-I, July 20, 2015, 188 Wn. App. 1060. *Denied* January 6, 2016.

*State, Respondent, v. Gyau, Petitioner*, No. 92096-6. Petition for review of a decision of the Court of Appeals, No. 71013-3-I, July 20, 2015, 188 Wn. App. 1056. *Denied* January 6, 2016.

*State, Respondent, v. Harris, Petitioner*, No. 92099-1. Petition for review of a decision of the Court of Appeals, No. 71408-2-I, July 6, 2015, 188 Wn. App. 1038. *Denied* January 6, 2016.

*State, Respondent, v. Wilhelm, Petitioner*, No. 92100-8. Petition for review of a decision of the Court of Appeals, No. 70704-3-I, July 13, 2015, 188 Wn. App. 1047. *Denied* January 6, 2016.